UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,                              CASE NO. 12-CR-20292

                Plaintiff,                              HON. STEPHEN J. MURPHY

v.

D-3    ZAYD ALLEBAN,

                Defendant.

_____/

## EXHIBIT LIST

| Exhibit | Description |
|---|---|
| 1 | Transcript D1; dated 01/09/2012 |
| 2 | Transcript D6; dated 01/09/2012 |
| 3 | Transcript D2; dated 01/20/2012 |
| 4 | Transcript D4; dated 01/22/2012 |
| 5 | Transcript D7; dated 01/26/2012 |
| 6 | Transcript D9; dated 01/31/2012 |
| 7 | Transcript D11; dated 02/02/2012 |
| 8 | Transcript D14; dated 02/08/2012 |
| 9 | Kazmi Typewritten Note |
| 10 | Kazmi Cell Phone Records |
| 11 | Kazmi 302; dated November 29, 2011 |
| 12 | Kazmi 302; dated December 6, 2011 |
| 13 | Kazmi 302; dated December 12, 2011 |
| 14 | Kazmi 302; dated February 9, 2012 |
| 15 | Kazmi 302; dated February 10, 2012 |
| 16 | Kazmi 302; dated February 14, 2012 |
| 17 | Kazmi 302; dated June 28, 2012 |
| 18 | Kazmi 302; dated July 16, 2012 |

19       Kazmi 302; dated July 19, 2012

20       Kazmi 302; dated September 11, 2012

21       Kazmi's Corporation Agreement

22       Kazmi's Plea Agreement


Respectfully submitted,

**/s/ Haytham Faraj**
Haytham Faraj, Esq.
The Law Offices of Haytham Faraj, PLLC
835 Mason Street, Suite 150-A
Dearborn, MI 48124

Dated: February 2, 2013