United States District Court
Eastern District of Michigan

United States of America,

        Plaintiff,

                Criminal No. 12-20292

vs.

                Honorable Stephen J. Murphy

Zayd Allebban,

        Defendant.
_____/

## Government Exhibit List

| Exhibit Number | Description |
|---|---|
| 1 | Recorded conversation, January 20, 2012<br>Zayd Allebban, Tahir Kazmi, and Philip Shisha |
| 1A | Excerpt |
| 1B | Excerpt |
| 1C | Excerpt |
| 1D | Excerpt |
| 1E | Excerpt |
| 1F | Excerpt |
| 1G | Excerpt |
| 1H | Excerpt |
| 2 | Transcript of Exhibit 1 |
| 2A | Excerpt (pp. 1-3) |
| 2B | Excerpt (pp. 3-7) |
| 2C | Excerpt (pp. 10-12) |
| 2D | Excerpt (pp. 14-18) |
| 2E | Excerpt (pp. 21-22) |
| 2F | Excerpt (pp. 25-33) |

|     |     |                                                    |
| --- | --- | -------------------------------------------------- |
|     | 2G  | Excerpt (pp. 38-40)                                |
|     | 2H  | Excerpt (pp. 42-44)                                |
| 3   |     | Recorded conversation, January 22, 2012            |
|     |     | Zayd Allebban and Philip Shisha                    |
|     | 3A  | Excerpt                                            |
|     | 3B  | Excerpt                                            |
|     | 3C  | Excerpt                                            |
| 4   |     | Transcript of Exhibit 3                            |
|     | 4A  | Excerpt (pp. 6-18)                                 |
|     | 4B  | Excerpt (pp. 22-26)                                |
|     | 4C  | Excerpt (pp. 35-37)                                |
| 5   |     | Recorded conversation, January 26, 2012            |
|     |     | Zayd Allebban and Philip Shisha                    |
|     | 5A  | Excerpt                                            |
|     | 5B  | Excerpt                                            |
| 6   |     | Transcript of Exhibit 5                            |
|     | 6A  | Excerpt (pp. 2-17)                                 |
|     | 6B  | Excerpt (pp. 34-37)                                |
| 7   |     | Recorded conversation, January 31, 2012            |
|     |     | Zayd Allebban and Philip Shisha                    |
|     | 7A  | Excerpt                                            |
|     | 7B  | Excerpt                                            |
|     | 7C  | Excerpt                                            |
| 8   |     | Transcript of Exhibit 7                            |
|     | 8A  | Excerpt (pp. 3-16)                                 |
|     | 8B  | Excerpt (pp. 19-26)                                |
|     | 8C  | Excerpt (pp. 35-38)                                |
| 9   |     | Recorded conversation, February 2, 2012            |
|     |     | Zayd Allebban and Philip Shisha                    |
|     | 9A  | Excerpt                                            |
|     | 9B  | Excerpt                                            |

|     |     |                                                                                                                                 |
| --- | --- | ------------------------------------------------------------------------------------------------------------------------------- |
|     | 9C  | Excerpt                                                                                                                         |
| 10  |     | Transcript of Exhibit 9                                                                                                         |
|     | 10A | Excerpt (pp. 2-3)                                                                                                               |
|     | 10B | Excerpt (pp. 5-11)                                                                                                              |
|     | 10C | Excerpt (pp. 15-28)                                                                                                             |
| 11  |     | Grand jury subpoena 11-3-232:01 dated October 19, 2011<br>To: Wayne County Human Resources                                      |
| 12  |     | Grand jury subpoena 11-3-232:10 dated October 25, 2011<br>To: Secure-24 Custodian of Records                                    |
| 13  |     | Grand jury subpoena 11-3-232:18 dated December 5, 2011<br>To: Custodian of Records, Wayne County, Michigan                      |
| 14  |     | Detroit Free Press article dated December 7, 2011<br>Entitled "Feds now probing deal for Guardian"                              |
| 15  |     | Detroit Free Press article dated December 23, 2011<br>Entitled "County's software vendor probed"                                |
| 16  |     | Letter dated August 16, 2011 between Tahir Kazmi and Philip Shisha<br>(copy received by Shisha from Allebban on February 2, 2012) |
| 17  |     | Letter dated August 16, 2011 between Tahir Kazmi and Philip Shisha<br>(copy recovered in search of Tahir Kazmi's car on February 9, 2012) |
| 18  |     | Handwritten notes of Philip Shisha                                                                                              |
| 19  |     | Proffer letter dated December 9, 2011 re: Philip Shisha<br>(signed January 18, 2012)                                            |
| 20  |     | Letter dated July 30, 2012 Re: Philip Shisha and Strategic Business Partners, LLC                                               |

  This is a draft exhibit list and the Government reserves the right to supplement this list prior to trial and to offer and introduce additional exhibits during the course of trial as necessary for impeachment, rebuttal, or other good cause.

                Respectfully submitted,

                BARBARA L. MCQUADE
                United States Attorney


                Sheldon N. Light
                Assistant United States Attorney
                211 W. Fort Street, Suite 2001
                Detroit, Michigan  48226
                Phone:  (313) 226-9155
                E-mail: sheldon.light@usdoj.gov
                P28798

Date: February 3, 2013